IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 22-mj-270 |
| | : | |
| **BRENNEN MACHACEK,** | : | VIOLATIONS: |
| | : | |
| | : | 40 U.S.C. § §15104 (e)(2)(g) |
| | : | (Parading, Demonstrating, or picketing |
| | : | in any of the Capital Buildings) |
| Defendant. | : | |
| | : | |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **BRENNEN MACHACEK**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in any of the Capitol Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   /s/ Adam Dreher
    Adam Dreher
    Assistant United States Attorney
    Mich. Bar No. P79246
    United States Attorney's Office, DC
    Cell No. (202)-257-8014
    adam.drehere@usdoj.gov