To whom it may concern,

My name is Dempsey Averitt and I am an extremely close friend of Brennan Machacek. We grew up together in Bellville, Texas. Growing up, we had a lot of fun fishing, listening to music, and playing dominoes with the old timers at our local convenience store. We grew up with morals and good Christian values, no doubt a product of our picture-perfect childhood. Brennan is one of the best and most honorable men I have ever known.

After high school graduation, Brennan went and joined the Marine Corps. I joined the Army, so we were separated for many years. We would always get together when our leaves would work out together, although it was seldom. Brennan deployed to Afghanistan and participated in several combat missions where he received several commendations. He came back to the states and began having a mountain of medical issues due to taking one too many IED blasts. One in particular was a spinal injury that the VA failed to correct, so he then went to a civilian doctor who told him had he waited an additional two weeks, he probably would have been permanently blind. I specifically remember Brennan walking with a cane for a long time before he finally got better after years of treatment, surgeries, and hospital visits.

. Brennan has great character, integrity, and a fantastic work ethic. He is honest as the day is long, and a great example of a man. I would stand by him through anything.

If you have any questions, please feel free to contact me.

Dempsey Averitt

979-451-4865

 Best Regards,

Dempsey Averitt

Production Manager

I am writing at the request of Brennan Machacek of Wesley, Arkansas, whom I consider a friend. Brennan spent four years in military service, being honorably discharged as a corporal (E-4) at Camp Lejeune, North Carolina, on 3 January 2014. Among his numerous commendations are the Afghanistan Campaign Medal and the Marine Corps Good Conduct Medal.

Brennan suffered Traumatic Brain Injury (TBI) from what the Veterans Administration (VA) thinks resulted from his being a mine sweeper in Afghanistan. TBIs were a "signature injury" of the Iraq and Afghanistan conflicts. The most common mechanism of injury was the blast or explosion by rocket-propelled grenade (RPG), landmine, improvised explosive device (IED) or grenade. Probable mild TBI (mTBI) accounted for 87.3% of injuries, probable moderate-to-severe TBI represented 12.7% of injuries.

A 2017 study of traumatic brain injuries in Iraq and Afghanistan veterans revealed that up to half of all service members with combat-related mTBI meet criteria for Posttraumatic Stress Disorder (PTSD). Over one-third with a history of mTBI experience depression. Other consequences associated with mTBI in veterans includes cognitive impairment.

I met Brennan shortly after his discharge from the Marine Corps. He had returned to his home town of Bellville, Texas, had found part-time employment at Blue Bell Creameries in Brenham, Texas, and enrolled in Blinn College, also in Brenham. Frequently, he traveled to the VA Hospital in Temple, Texas, seeking help in overcoming TBI.

Brennan began to experience memory problems and he had to stop attending engineering classes. Mrs. Renee Anderson, Educational Consultant and Trainer with Snyp21it Learning Center in Dripping Springs, Texas, helped stabilize/improve his memory, with the result that Brennan was on the President's List at Blinn College with a 4.0 GPA while he was still undergoing spinal taps (also referred to as lumbar punctures (LP)), a common neurological test that's done to examine the cerebrospinal fluid (CSF) — the protective fluid that surrounds the brain and spinal cord. (Note: This procedure may also be done to measure the CSF pressure around the spinal cord and brain, which helps with the diagnosis of pseudotumor cerebri, a condition that causes increased pressure around the brain. For treatment of this condition, CSF fluid is removed to decrease the pressure.)

Up to one-third of people who get a lumbar puncture will later develop spinal headaches because of CSF

leaking from the puncture site. The more leakage there is, the more severe the headache. Brennan experienced excruciating pain for years – and he was going blind – until he underwent surgery to insert a shunt, a hollow tube surgically placed in the brain to help drain CSF and redirect it to another location in the body where it can be reabsorbed.

Brennan is married and has three adopted daughters. Long term, his goal is to be debt free and to own a small farm for retirement. He aspires every day to become closer to God, and he wants to raise his daughters to become responsible, God-fearing adults. Given the opportunity I believe he will do just that.

I have known Brennan for about 10 years, and although we've not been close since he relocated to Arkansas and married, I feel I am qualified to make this judgment. I feel I do know something about people.

I attended military school at Texas A&M, graduating in 1962, and I spent over five years as an officer on active duty with the U.S. Army, three of those years with the 10th Special Forces Group (Airborne). Following my release, and after obtaining an MBA degree from Texas Tech University in 1967, I went to work in the oil & gas industry in Houston, Texas, where I held managerial positions with a number of firms, e.g., Continental Oil Company (Conoco); The Superior Oil Company; Tomlinson Interests, Inc.; Monsanto Oil Company; and, Coastal Corporation.

In all of these – military and civilian -- until my retirement in 1996, my responsibilities included the management, training and direction of other individuals.

I've also spent a number of years as a Sunday School teacher and as an elder in the Presbyterian Church, where I was afforded opportunities to counsel and, hopefully, to have been of service to others.

I offer the foregoing information to justify my conclusion that Brennan Machacek is an industrious, wholesome and outstanding young man who, if given the opportunity, will continue to provide for his family and to serve his community with distinction – just as he served this country. I pray this court will afford him that opportunity.

Sincerely,

Jim S. Denison, Jr.

2323 Elmgate Drive

Houston, Texas 77080

To whom it may concern: August 23, 2023

I am Janie Ayers of Wesley Arkansas.

I am writing to you in reference to Brennen Machacek whom I have known for about 5 years. Brennen has come in and out of the store where I work almost every day. Through our conversations over the years, I have com to know his family. Brennen is a great kind hearted man. He is a go-getter and likes to help people when he can. Brennen saw a need in his community in June 2022. I needed to have a surgery and needed to come up with the money to have it. Without asking for the help, he came back with an envelope and slid it across my counter and said this should help you out. Before I could look inside, he was gone. I looked inside and in disbelief it was a good portion of what I needed for my procedure. Brennen asked for nothing in return for a selfless act of kindness.

Whatever the decision of the court may be, I am asking and praying for leniency in his case.

Sincerely,

Janie Ayers

Gas station manager

Kimberly Machacek
1417 Madison 7840
Hindsville AR, 72773

August 28, 2023

Dear Honorable Judge,

   I, Kimberly Machacek, am writing on behalf of my husband Brennen Machacek.  Brennen is more than good man with great character. He has helped to raise my daughters who without him would not have had a father figure in their life. Our daughters look up to Brennen, always seeking advice or support. From being on the sidelines cheering at a basketball game or attending college campus tours for our senior, he has never shied away from responsibility or family. He is a wonderful provider and always willing to help anyone in need. He is a great role model, not only for our daughters, but to anyone that has had the honor of knowing him.

Brennen served our county with pride and continues to be prideful in everything he does. He was injured in the Afghanistan War in 2011 which resulted in a traumatic brain injury. While waiting for his brain surgery, he attended college where most days he was sick, dizzy, vomiting, and experiencing migraines. He did not give up but instead pushed forward. Brennen made the Dean's List and more, all because he was determined to make something of himself.

Not a day has gone by since January 6th that Brennen has not regretted his actions. He has been physically ill. His weight has been up and down. He has had many sleepless nights. There have been many tear-filled conversations within our family. What our Country witnessed that day was not expected, condoned, or celebrated in any way by our family.

Your Honor, I implore you to take in to consideration all of the good in Brennen Machacek and the good he has shown to others. He is a valuable member of our community and country and will continue to be so for the remainder of his life.

Sincerest regards,

Kimberly Machacek

August 1, 2023

Dear Judge,

On behalf of Mr. Brennen Machacek, I have known Brennen for six years. He is a good provider for his family. He enjoys spending time with his Wife and Daughters.

He is a caring and compassionate man. When knows or hears of someone in need he has been known to go above and beyond with financial aid. I am aware of one instance when there was a family that was struggling due to a medical condition. Breenen took it upon himself to order Christmas gifts and have them delivered to the struggling family's home "anomalously".

Please take the good character of Mr. Machacek into consideration.

Respectfully,

Wendell Reed

Dear Judge,                                                                                               August 28, 2023

I'm writing you today on behalf of Brennen Machacek, or who I am honored to call my dad. My dad is a wonderful person and a great man. He stepped up to the plate to fill the role as my dad when he didn't have to. He has taught me everything about growing up and everything to get me prepared in life. I can't thank him enough for always working hard for our family. He served our country for 6 years sweeping over mines in Afghanistan and suffering with a brain injury. While dealing with all of this he pursued getting an education. While in school he met my mother. Who has 3 children, and even though he had so much going on at the time he still stepped up and became my amazing dad!   While also being an amazing husband to my mom, my dad has such a good heart and only the purest intentions for us. He is my superhero and will always be someone I will come to for advice. I know he will always be there for me, my sisters and my mom.

 Thank you for your time.

Best regards:

Nina (Brennen's daughter)